## 56820. JACKSON v. BEKELE.

BELL, Chief Judge.

On April 5, 1978, a jury verdict for plaintiff was ordered the judgment of the court. On May 19, 1978, on motion of defendant, the court ordered that judgment to be set aside. Plaintiff filed a notice of appeal from the May 19th order on June 16, 1978. The grant of a motion to set aside a judgment leaves the case still pending in the court below and this is not a final judgment. *Mayson v. Malone,* 122 Ga. App. 814 (178 SE2d 806). Therefore, the appeal is premature and must be dismissed.

*Appeal dismissed. Shulman and Birdsong, JJ., concur.*

ARGUED OCTOBER 30, 1978 — DECIDED NOVEMBER 22, 1978.

*Bussey & Thomas, Antonio L. Thomas,* for appellant.

*Fred F. Filsoof,* for appellee.